# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TEODORO ZAPEDA,

    Plaintiff,

vs.

AARGON COLLECTION AGENCY, *et al.*,

    Defendants.

Case No. 2:16-cv-02072-JAD-GWF

**ORDER**

    This matter is before the Court on Defendants' Motion to Extend Deadline to Respond to Plaintiff's Discovery Requests (ECF No. 14), filed on February 1, 2017.

    Upon review and consideration, the Court will grant Defendants' request for a two-week extension of time to respond to Plaintiff's discovery requests. Defendants' responses to Plaintiff's requests for admissions, requests for production of documents and interrogatories are due no later than **February 15, 2017**.

    In addition, Plaintiff shall respond to Defendants' request to extend its response date until after the Court has ruled on the pending Motion to Consolidate (ECF No. 13) no later than **February 9, 2017**.

    **IT IS HEREBY ORDERED** that Defendants' Motion to Extend Deadline to Respond to Plaintiff's Discovery Requests (ECF No. 14) is **granted**, in part, to the extent that the Court allows Defendants until February 15, 2017 to respond to Plaintiff's discovery requests. The Court however reserves its ruling on Defendants' request to extend the deadline to respond to Plaintiff's discovery requests until the Court rules on the pending motion to consolidate.

    DATED this 2nd day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge